```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

JOSE LLORENTE,                    :
                                          Civil Action No. 10-2534 (KSH)
            Petitioner,           :

      v.                          :    **ORDER**

ERIC H. HOLDER, et al.            :

            Respondents.          :    **CLOSED**


This matter having come before the Court on Petitioner's submission of a Petition for a Writ of habeas Corpus pursuant to 28 U.S.C. § 2241; and the Court finding that Petitioner has failed to prepay the $5.00 filing fee as required by Local Civil Rule 54.3(a), or to apply for <u>in forma pauperis</u> status pursuant to 28 U.S.C. § 1915; and the Court noting that Petitioner was advised by Order [2] entered June 1, 2010, that he must submit either the $5.00 filing fee or a completed <u>in forma pauperis</u> application within 30 days or his petition would be deemed withdrawn; and the Court further noting that Petitioner thereafter failed to submit the $5.00 filing fee or an <u>in forma pauperis</u> application within the time specified above,

IT IS on this 14th day of July, 2010, hereby

ORDERED that, because Petitioner has failed to prepay the $5.00 filing fee pursuant to Local Civil Rule 54.3(a), the Clerk of the Court is directed to deem the petition withdrawn and to

close the file without filing the petition or assessing a filing fee.

                                                     /s/Katharine S. Hayden
                                                     Katharine S. Hayden
                                                     United States District Judge